1062

[No. 14711–1–I.  Division One.  September 30, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v.
MARTIN BECK, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 3060, Richard L. Pitt, J., entered April 20, 1985. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, C.J., and Coleman, J. Now published at 42 Wn. App. 12.

[No. 7098–7–II.  Division Two.  September 30, 1985.]

MATT ALEXANDER, *Appellant*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–00073–3, Frank E. Baker, J., entered May 17, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 7067–7–II.  Division Two.  September 30, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WILEY
NUNLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–01074–7, Robert H. Peterson, J., entered April 28, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[Nos. 12837–0–I; 12919–8–I.  Division One.  October 7, 1985.]

SEVENTH ELECT CHURCH IN ISRAEL, ET AL, *Respondents*,
v. GERALD L. ROGERS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 848238, Norman W. Quinn, J., entered February 10, 1983. No. 12837–0–I *affirmed*; No. 12919–8–I *dismissed* by unpublished opinion per Swanson, J., concurred in by Williams, J., and Cole, J. Pro Tem.